UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BEN WANKERL, on behalf of himself
and all others similarly situated

        Plaintiff,

     v.                                                                    Case No. 20-CV-00374-WED

KOHLER CO.,

        Defendant.

## STIPULATION

All parties, by their undersigned counsel, hereby jointly stipulate and agree to extend the deadline for Defendant to respond to Plaintiff's Class Action Complaint by thirty (30) days, through and including May 1, 2020.

s/ Frederick J. Klorczyk III                                Dated: March 26, 2020.
Frederick J. Klorczyk III
BURSOR & FISHER, P.A.
1990 North California Blvd., Ste. 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
fklorcyzk@bursor.com

Joseph I. Marchese
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7410
jmarchese@bursor.com

Douglas P. Dehler
Laura J. Lavey
O'NEIL, CANNON, HOLLMAN, DEJONG &
LAING S.C.
111 E. Wisconsin Avenue, Ste. 1400
Milwaukee, WI 53202
Telephone: (414) 276-5000
doug.dehler@wilaw.com
laura.lavey@wilaw.com

*Attorneys for Plaintiff*

s/ Patrick J. Murphy			Dated: March 26, 2020.
Patrick J. Murphy
Nathan Oesch
QUARLES & BRADY LLP
411 E. Wisconsin Ave., Ste. 2300
Milwaukee, WI 53202
Telephone: (414) 277-5459
patrick.murphy@quarles.com
nathan.oesch@quarles.com

James Speyer
ARNOLD & PORTER
777 South Figueroa Street | 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4141
James.Speyer@arnoldporter.com

*Attorneys for Defendant*